**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA
FEDERAL PUBLIC DEFENDER

SAPNA MIRCHANDANI
STAFF ATTORNEY

April 28, 2008

The Honorable Catherine C. Blake
United States District Judge
United States District Court for the District of Maryland
U.S. Courthouse, Chambers 7D
101 West Lombard Street
Baltimore, MD 21201

**Crack Retroactivity – Status Report**

Re:  *United States v. Clarence Meredith*, Case Nos. CCB-82-401, CCB-85-541

Dear Judge Blake:

Please accept and docket this letter as a status report in the above-captioned case. This Court appointed the Office of the Federal Public Defender to preliminarily review whether Clarence Meredith may be entitled to relief under 18 U.S.C. § 3582 and Amendment 706 to the U.S. Sentencing Guidelines. I have not been able to determine if Mr. Meredith's offense involved crack cocaine or if he otherwise might be eligible for a sentence reduction because I do not have a copy of his presentence report and judgment. I will be better able to report on the status of this case upon receipt of these materials from U.S. Probation.

Thank you for your attention to this matter.

Sincerely,

Sapna Mirchandani

cc:  Barbara Sale, Assistant U.S. Attorney
     Estelle Santana, U.S. Probation Officer
     Clarence Meredith

Approved. Further status report due June 27, 2008. CCBlake USDJ 4-30-08